

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2021

No. 04-21-00042-CV

**THE CITY OF FLORESVILLE TEXAS**; Marissa Ximenez, in her official capacity as City of Floresville Council Member, Place 1; Gloria E. Martinez, in her official capacity as City of Floresville Council Member, Place 2; Juan Ortiz, in his official capacity as City of Floresville Council Member, Place 3; Gerard Jimenez, in his official capacity as City of Floresville Council Member, Place 4; Gloria Morales Cantu, in her official capacity as City of Floresville Council Member, Place 5; and, Monica Veliz, in her official capacity as the City of Floresville City Secretary, Appellants

V.

Cecilia "Cissy" **GONZALEZ-DIPPEL**, in her official capacity as Mayor of the City of Floresville, Nick Nissen, David Johns and Paul W. Sack
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW-19-00897
Honorable Lynn Ellison, Judge Presiding

## O R D E R

Sitting:     Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Appellant's Motion to Reconsider is DENIED.

**PER CURIAM**

Entered on this 3rd day of March, 2021.

Attested to: _____
MICHAEL A. CRUZ, Clerk of Court

